UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEREK MINTON )<br>)<br>    Plaintiff, )<br>vs. )<br>)<br>SEARS HOLDING COMPANY )<br>dba as SEARS )<br>)<br>    Defendant. ) | No. 06-CV-1016<br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

## COMPLAINT

### COUNT I:

The Complainant, DEREK MINTON, for his Complaint against the Defendant, SEARS HOLDING COMPANY states as follows:

1. The Plaintiff was employed on or about September 30, 2003 as a Sales Associate for Sears operating its retail store at Crestwood Plaza Mall in Crestwood, Missouri.

2. The Plaintiff resides at 341 Mill Street in Bethalto, Madison County, Illinois which is located in the Southern District of Illinois.

3. The Plaintiff is a citizen of the state of Illinois.

4. Sears Holding Company operates numerous retail stores in the Southern District of Illinois and sells products through those retail stores under the store brand Sears and Kmart. Sears headquarters is in Illinois. Sears is a citizen of the state of Illinois.

5. On or about April 6, 2006 the Plaintiff was fired after having requested a job accommodation. The Plaintiff suffered a disability, being diabetes, which could be accommodated by allowing the Plaintiff regular breaks where the Plaintiff would take food in order to stabilize his blood sugar levels. The Defendant was aware of said disability and the need for that accommodation. On April 6, 2006 the Plaintiff requested a break and was denied

1

the same. The Plaintiff complained to his supervisor that he was not being allowed a break and in response to his complaint, the management of Sears wrongfully fired the Plaintiff in violation of the Americans with Disabilities Act.

    6. The Plaintiff filed a complaint with the Equal Employment Opportunity Commission and a copy of the right to sue issued by E.E.O.C. is attached.

    7. As a result the Plaintiff lost his employment, has lost his wages and benefits, suffered mental anguish and distress, and with said damages exceeding $150,000.00.

    WHEREFORE, the Plaintiff respectfully requests a judgment be entered against the Defendant in an amount exceeding $150,000.00 and for such other relief as allowed by law be afforded the Plaintiff.

Respectfully submitted,

/s/ Greg Roosevelt
Greg Roosevelt
610 St. Louis Street
Edwardsville, IL 62025
(618) 656-9160